

# HOWARD INDUSTRIES, INC.

| REMIT TO | ALL OTHER CORRESPONDENCE TO |
|---|---|
| HOWARD INDUSTRIES, INC.<br>P. O. BOX 11407<br>BIRMINGHAM, AL 35246-1132 | P.O. BOX 1588<br>LAUREL, MISSISSIPPI 39441 |

| INVOICE NUMBER | HI ORDER NO. | INVOICE DATE |
|---|---|---|
| 18005-461413 | 1152 | 2/03/15 |

TO ASSURE PROPER CREDIT PLEASE REFER
TO INVOICE AND CUSTOMER NO.'S WHEN
REMITTING.
~~TERMS: NET 30 DAYS~~

**SOLD TO:**
INLINE ELECTRIC SUPPLY
P O BOX 7267
HUNTSVILLE     AL  35807

**SHIP TO:**
INLINE ELECTRIC
2880 BOB WALLACE AVE
HUNTSVILLE    AL  35805

*** EMAILED TO AP@INLINEELECTRIC.COM

| CUSTOMER ORDER NO. | SALESMAN OR AGENT NO.1 / NO.2 | DATE SHIPPED | B/L NUMBER | HOW SHIPPED - F.O.B. |
|---|---|---|---|---|
| P1149496 | 10907 | 2/03/15 | 377268 | SATA |

| YOUR ITEM NO. | CATALOG NUMBER | DESCRIPTION | UNIT PRICE | QTY. SHIPPED | PREPAID AMOUNT |
|---|---|---|---|---|---|
| 1 | 3012-020100-001 | LU100/MED | $5.45 | 12 | $65.40 |
|   |   | SALES TAX | | 0% | $.00 |
| 2 | 3013-030175-003 | MH175/U | $7.50 | 36 | $270.00 |
|   |   | SALES TAX | | 0% | $.00 |
| 3 | 3013-030175-001 | MH175/U/MED | $6.95 | 36 | $250.20 |
|   |   | SALES TAX | | 0% | $.00 |
| 4 | 3013-030400-001 | MH400/U | $7.42 | 36 | $267.12 |
|   |   | SALES TAX | | 0% | $.00 |
| 5 | 1093-910347-350 | S-100-4T-HXH-K | $32.56 | 8 | $260.48 |
|   |   | SALES TAX | | 0% | $.00 |
| 6 | 2095-100116-113 | DTDC-100-MH-120 | $59.95 | 2 | $119.90 |
|   |   | SALES TAX | | 0% | $.00 |
| 7 | 2095-000221-122 | FLL30 | $78.19 | 2 | $156.38 |
|   |   | SALES TAX | | 0% | $.00 |
| 8 | 3013-031000-003 | MH1000/U/ED37 | $20.86 | 12 | $250.32 |
|   |   | SALES TAX | | 0% | $.00 |
|   |   | SALES TAX AMT: | | | $.00 |
|   |   | FREIGHT AMT: | | | $.00 |

| UNITS | WEIGHT IN LBS. | TOTAL AMOUNT DUE |
|---|---|---|
| 144 | | $1,639.80 |

SERVICE CHARGES OF .05 % WILL BE CHARGED FOR EACH DAY AN
INVOICE REMAINS OUTSTANDING OVER TERMS (ANNUAL RATE-18%).
TERMS: 2%60,N61                    QUOTE:

**EXHIBIT A**

# HOWARD INDUSTRIES, INC.



| REMIT TO | ALL OTHER CORRESPONDENCE TO |
|---|---|
| HOWARD INDUSTRIES, INC.<br>P.O. BOX 11407<br>BIRMINGHAM, AL 35246-1132 | P.O. BOX 1588<br>LAUREL, MISSISSIPPI 39441 |

* TO ASSURE PROPER CREDIT, PLEASE REFER TO INVOICE AND CUSTOMER NO.'S WHEN REMITTING.

| INVOICE NUMBER | HI ORDER NO. | INVOICE DATE |
|---|---|---|
| 18005-461419 | 1151 | 2/03/15 |

| SHIP TO | SHIP TO |
|---|---|
| INLINE ELECTRIC SUPPLY<br>P O BOX 7267<br>HUNTSVILLE       AL   35807 | INLINE ELECTRIC<br>8975 HWY. 431<br>ALBERTVILLE       AL   35950 |

*** EMAILED TO AP@INLINEELECTRIC.COM

| CUSTOMER ORDER NO. | SALESMAN OR AGENT NO. 1 | NO. 2 | DATE SHIPPED | B/L NUMBER | HOW SHIPPED - F.O.B. |
|---|---|---|---|---|---|
| P1149509 | 10907 | | 2/03/15 | 377275 | SATA |

| YOUR ITEM NO. | CATALOG NUMBER | DESCRIPTION | UNIT PRICE | QTY SHIPPED | PREPAID AMOUNT |
|---|---|---|---|---|---|
| 2 | 2064-007002-009 | FSR84432ASEMV0000001 | $26.25 | 6 | $157.50 |
| 3 | 3012-020100-001 | LU100/MED | $5.45 | 12 | $65.40 |
| 4 | 3013-030400-001 | MH400/U | $7.42 | 12 | $89.04 |
| 6 | 2095-991003-004 | MINIWP-70-MH-4T | $83.41 | 2 | $166.82 |
| 7 | 3013-040050-001 | MP50/U/MED | $8.50 | 12 | $102.00 |
| 8 | 1093-910137-350 | S-100-120-RXN-K | $19.42 | 5 | $97.10 |
| 9 | 2095-100116-113 | DTDC-100-MH-120 | $59.95 | 2 | $119.90 |
| 10 | 3013-050250-003 | MH250/HOR/ED28/PS | $11.75 | 12 | $141.00 |
| | | SALES TAX | | 0% | $.00 |
| | | SALES TAX AMT:<br>FREIGHT AMT: | | | $.00<br>$.00 |

| UNITS | WEIGHT IN LBS. | TOTAL AMOUNT DUE |
|---|---|---|
| 63 | | $938.76 |

SERVICE CHARGES OF .05 % WILL BE CHARGED FOR EACH DAY AN INVOICE REMAINS OUTSTANDING OVER TERMS (ANNUAL RATE-18%).
TERMS: 2%60,N61
QUOTE: